Michael J. M<sup>c</sup>Mahon, WSBA #6895
Andrew M. Wagley, WSBA #50007
ETTER, M<sup>c</sup>MAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 West Riverside Avenue, Suite 210
Spokane, WA  99201
Phone: (509) 747-9100
Facsimile: (509) 623-1439
Email: mjm13@ettermcmahon.com
Email: awagley@ettermcmahon.com
Attorneys for Defendants

THE HONORABLE SALVADOR MENDOZA, JR.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARILYN M. PROCTER AND STEVE PROCTER AS TRUSTEE FOR SPECIAL NEEDS TRUST OF MARILYN M. PROCTER,<br><br>Plaintiffs,<br><br>v.<br><br>RIVERVIEW LUTHERAN RETIREMENT COMMUNITY OF SPOKANE,<br><br>Defendant. | No. 4:17-cv-05113-SMJ<br><br>NOTICE OF APPEARANCE |

TO: MARILYN M. PROCTER AND STEVE PROCTER AS TRUSTEE FOR

SPECIAL NEEDS TRUST OF MARILYN M. PROCTER, and your

NOTICE OF APPEARANCE - Page 1

ETTER, M<sup>c</sup>MAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201    (509) 747-9100

attorney, MICHAEL D. WHIPPLE; and

TO: THE CLERK OF THE COURT

YOU WILL PLEASE TAKE NOTICE that MICHAEL J. M<sup>C</sup>MAHON and ANDREW M. WAGLEY of the law firm of Etter, M<sup>c</sup>Mahon, Lamberson, Van Wert & Oreskovich, P.C., do hereby enter their appearance for the named defendant in the above cause and request that all further pleadings and papers herein, except process, be served upon the undersigned attorneys at the address above stated.

RESPECTFULLY SUBMITTED this 3rd day of August, 2017.

By: /s/Michael J. M<sup>c</sup>Mahon
Michael J. McMahon, WSBA #6895
Andrew M. Wagley, WSBA #50007
ETTER, MCMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 West Riverside Avenue, Suite 210
Spokane, WA  99201
Phone: (509) 747-9100
Facsimile: (509) 623-1439
Email: mjm13@ettermcmahon.com
Email: awagley@ettermcmahon.com
Attorneys for Defendants

NOTICE OF APPEARANCE - Page 2

ETTER, M<sup>C</sup>MAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of August, 2017, I electronically filed the following document:

NOTICE OF APPEARANCE

with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

Michael D. Whipple, WSBA #42695
The Whipple Law Group, PLLC
905 W. Riverside Ave., Ste. 607
Spokane, WA 99201
Email: whipple@whiplawgroup.com

DATED this 3rd day of August, 2017.

By: /s/Kristie M. Miller

NOTICE OF APPEARANCE - Page 3

ETTER, MᶜMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100