Michael J. M<sup>c</sup>Mahon, WSBA #6895
Ronald A. Van Wert, WSBA #32050
Andrew M. Wagley, WSBA #50007
ETTER, M<sup>c</sup>MAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 West Riverside Avenue, Suite 210
Spokane, WA 99201
Phone: (509) 747-9100
Facsimile: (509) 623-1439
Attorneys for Defendant

THE HONORABLE SALVADOR MENDOZA, JR.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARILYN M. PROCTER AND STEVE PROCTER AS TRUSTEE FOR SPECIAL NEEDS TRUST OF MARILYN M. PROCTER,<br><br>Plaintiffs,<br><br>v.<br><br>RIVERVIEW LUTHERAN RETIREMENT COMMUNITY OF SPOKANE,<br>Defendant. | No. 4:17-cv-05113-SMJ<br><br>NOTICE OF COMPLIANCE WITH FED. R. CIV. P. 26(a)(1) |

PLEASE TAKE NOTICE that on September 6, 2017, counsel for Defendant RIVERVIEW LUTHERAN RETIREMENT COMMUNITY OF SPOKANE provided counsel for Plaintiffs with initial disclosures as required by

Notice of Compliance with
Fed. R. Civ. P. 26(a)(1)- Page 1

ETTER, M<sup>c</sup>MAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201 (509) 747-9100

Fed. R. Civ. P. 26(a)(1).

DATED this 22nd day of September, 2017.

By: /s/ Andrew M. Wagley
    Michael J. M<sup>c</sup>Mahon, WSBA #6895
    Ronald A. Van Wert, WSBA #32050
    Andrew M. Wagley, WSBA #50007
    ETTER, M<sup>c</sup>MAHON, LAMBERSON,
    VAN WERT & ORESKOVICH, P.C.
    618 West Riverside Avenue, Suite 210
    Spokane, WA  99201
    Phone: (509) 747-9100
    Facsimile: (509) 623-1439
    Email: mjm13@ettermcmahon.com
    Email: rvw@ettermcmahon.com
    Email: awagley@ettermcmahon.com
    Attorneys for Defendant

Notice of Compliance with
Fed. R. Civ. P. 26(a)(1)- Page 2

ETTER, M<sup>c</sup>MAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of September, 2017, I electronically filed the following document:

NOTICE OF COMPLIANCE WITH FED. R. CIV. P. 26(a)(1)

with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

Michael D. Whipple
The Whipple Law Group, PLLC
905 W. Riverside Ave., Ste. 607
Spokane, WA 99201
whipple@whiplawgroup.com

DATED this 22nd day of September, 2017.

By: /s/ Kristie Miller
Kristie Miller

Notice of Compliance with
Fed. R. Civ. P. 26(a)(1)- Page 3

ETTER, MCMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100