# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARILYN M. PROCTOR, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> RIVERVIEW LUTHERAN RETIREMENT COMMUNITY OF SPOKANE, <br><br> Defendant. | Case No. 4:17-CV-5113-SMJ <br><br> **CIVIL MINUTES** <br><br> **DATE:** 10/06/2017 <br><br> **TELEPHONIC SCHEDULING CONFERENCE** |

| | | |
|---|---|---|
| | **Judge Salvador Mendoza, Jr.** | |
| Debbie Brasel <br><br> **Courtroom Deputy** | 01 <br><br> **Law Clerk** | Kim Allen <br><br> **Court Reporter** |
| Michael D. Whipple, telephonically <br> **Plaintiffs' Counsel** | Andrew M. Wagley, telephonically <br> Ronald A. Van Wert, telephonically <br> **Defendant's Counsel** | |

**[X] TELECONFERENCE**

Court and Counsel set the following schedule:

| | |
|---|---|
| Initial Disclosures by: | Completed |
| Discovery Deadline: | 03/02/2018 |
| Dispositive Motion Deadline: | 05/01/2018 |
| **In Person Pretrial Conference:** | 07/10/2018 at 11:00 A.M in Richland |
| **Jury Trial:** | 08/06/2018 at 9:00 A.M. in Richland – 5 Days |

Other dates to be addressed in Scheduling Order

Court and counsel discuss the possibility of the appointment of a GAL. Mr. Van Wert advises Court the defendant anticipates filing a Motion for Appointment of a GAL. Mr. Whipple advises Court the plaintiff will oppose the Motion for Appointment of a GAL.

Court inquires of counsel as to efforts to resolve this matter. Court will set a deadline of February 2, 2018 for resolution or the case will be referred to Magistrate Judge Dimke.

Mr. Whipple inquires of Court as to the pending Motion for an Order of Protection

Page 2   Proctor, et al v Riverview Lutheran Retirement Community of Spokane     Scheduling Conference
         4:17-CV-5113-SMJ

Court advises counsel the Court has reviewed the Motion for an Order of Protection and it will be entered

Further discussion between Court and counsel regarding the number of depositions that can be taken

*[XX] ORDER FORTHCOMING*

| CONVENED: 9:10 AM | ADJOURNED: 9:35 AM | TIME:  / 25 MINUTES | |