FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 20, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARILYN M. PROCTER AND STEVE PROCTER as trustee for Special Needs Trust of Marilyn M. Procter,<br><br>     Plaintiffs,<br><br>    v.<br><br>RIVERVIEW LUTHERAN RETIREMENT COMMUNITY OF SPOKANE,<br><br>     Defendant. | No.   4:17-CV-05113-SMJ<br><br>**ORDER GRANTING LEAVE TO FILE UNDER SEAL** |

  Before the Court, without oral argument, is the parties' Stipulated Motion for Leave to File Under Seal, ECF No. 15, and related motion to expedite, ECF No. 16. Defendant Riverview Lutheran Retirement Community of Spokane (Riverview) intends to file a motion for appointment of guardian *ad litem*. Riverview's motion, and the attendant briefing and supporting documents, will contain confidential material protected under the parties' stipulated protective order, ECF No. 11-1. Having reviewed the pleadings and the file in this matter, the Court is fully informed and grants the motion.

ORDER - 1

Going forward, counsel should be aware that the Administrative Procedures for Filing Sealed Motions and Documents permit counsel to file documents under seal without leave of the court when there is a protective order in the case.[1] Counsel need not request leave to file documents under seal so long as both parties agree the material is governed by the protective order, ECF No. 11-1.

Accordingly, **IT IS HEREBY ORDERED**:

**1.** The parties' Stipulated Motion for Leave to File Under Seal, **ECF No. 15**, and related motion to expedite, **ECF No. 16**, are **GRANTED**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 20th day of November 2017.

_____
SALVADOR MENDOZA, JR.
United States District Judge

---

[1] For more information on filing documents with the court, visit http://www.waed.uscourts.gov/electronic-how. A detailed guide to filing documents under seal is located under the Electronic Filing References.

ORDER **-** 2