FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 16, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARILYN M PROCTER; STEVE PROCTER as Trustee for Special Needs Trust of Marilyn M Procter, <br><br>                   Plaintiffs, <br><br>     v. <br><br> RIVERVIEW LUTHERAN RETIREMENT COMMUNITY OF SPOKANE, <br><br>                   Defendant. | No.  4:17-CV-05113-SMJ <br><br> **ORDER SETTING DEADLINES FOR SUBMISSION OF JOINT REPORT RE GUARDIAN AD LITEM** <br><br> **SEALED** |

The Court held a hearing on Defendant Riverview Lutheran Retirement Community of Spokane's Motion for Appointment of a Guardian Ad Litem, ECF No. 21/22, on January 11, 2018. At the conclusion of the hearing, the Court directed the parties to meet and confer regarding proposed guidelines defining the scope of the guardian ad litem's duties in this case. Accordingly, the parties are **HEREBY ORDERED** to **FILE** a joint report outlining the scope of the guardian ad litem's duties on or before **January 22, 2018**.

ORDER **-** 1

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 16th day of January 2018.

_____

SALVADOR MENDOZA, JR.
United States District Judge

ORDER **-** 2